UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCHULTE HOSPITALITY GROUP, INC.,
FLORENCE SCHULTE, LLC,
DARRYL D. SCHULTE, JR.,
RAY SCHULTE, and
SUSAN SCHULTE,

Plaintiffs

CIVIL ACTION NO. 3:12-CV-00748-S

V.

FLORENCE HOSPITALITY, LLC,
YAGNESH PATEL, and
JOHN IOAN TAMPA,

Defendants.

## AGREED DISMISSAL ORDER

By agreement of the Plaintiffs, Schulte Hospitality Group, Inc., Florence Schulte, LLC, Darryl D. Schulte, Jr., Ray Schulte, and Susan Schulte ("Plaintiffs" or "Schultes"), and Defendants, Yagnesh Patel and John Ioan Tampa ("Individual Defendants"); pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised,

IT IS HEREBY ORDERED THAT this action is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

July 11, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**

Agreed to:

*/s/ Brian R. Pollock*
Clark C. Johnson
Brian R. Pollock
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for Plaintiffs*

*/s/ Donald L. Cox* (with permission)
Donald L. Cox
David W. Hemminger
Lynch, Cox, Gilman & Goodman P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Telephone: (502) 589-4215
*Counsel for Individual Defendants*

**CERTIFICATE OF SERVICE**

On the 3rd day of July, 2013, I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all parties requesting notice.

*/s/ Brian R. Pollock*
*Counsel for Plaintiffs*